| | |
|---|---|
| Appellate Docket Number: | |
| Appellate Case Style: Style: | Richard Darby |
| Vs. | State of Texas |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 1:15:47 PM
DEBBIE AUTREY
Clerk

| |
|---|
| Companion Case: |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| **I.  Appellant** | **II.  Appellant Attorney(s)** |
|---|---|
| First Name:   Richard | ☒ Lead Attorney |
| Middle Name:   Taylor | First Name:   Troy |
| Last Name:   Darby | Middle Name: |
| Suffix:   III. | Last Name:   Hornsby |
| Appellant Incarcerated?   ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed          ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained          ☐ Public Defender |
| | Firm Name:      Miller, James, Miller & Hornsby, L.L.P. |
| | Address 1:      1725 Galleria Oaks Drive |
| | Address 2: |
| | City:      Texarkana |
| | State:   Texas          Zip+4:   75503 |
| | Telephone:    903-794-2711      ext. |
| | Fax:    903-792-1276 |
| | Email:   troy.hornsby@gmail.com |
| | SBN:    00790919 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Samantha

Middle Name:

Last Name: Oglesby

Suffix:

☐ Appointed      ☒ District/County Attorney
☐ Retained       ☐ Public Defender

Firm Name: Bowie County District Attorney's Office

Address 1: 601 Main Street

Address 2:

City: Texarkana

State: Texas          Zip+4: 75501

Telephone: 903-735-4800      ext.

Fax: 903-735-4819

Email:

SBN: 24070362

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Offenses against persons (other)

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: February 20, 2015

Offense charged: evading, aggr. robbery (3), theft > $1,500

Date of offense: 01/23, 29, 02/04, 07⊞

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: February 24, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 10y,45y,45y,2y,45y,$10,000 fine each, TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No      If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No      If yes, date filed:

Other: ☐ Yes ☒ No      If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA      If yes, date filed:

Date of hearing: February 23, 2015      ☐ NA

Date of order: February 23, 2015      ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA      If granted or denied, date of ruling: February 23, 2015

## VIII. Trial Court And Record

Court: 102nd District

County: Bowie

Trial Court Docket Number (Cause no): 14F98,133,179,180,2

Trial Court Judge (who tried or disposed of the case):

First Name: Bobby

Middle Name:

Last Name: Lockhart

Suffix:

Address 1: Bi-State Justice Bldg.

Address 2: 100 N. State Line Ave.

City: Texarkana

State: Texas          Zip + 4: 75503

Telephone: 903-798-3527          ext.

Fax: 903-798-3301

Email: bsorsby@txkusa.org

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes   ☐ No

If yes, date requested: Feb 24, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes   ☐ No   ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes   ☐ No

Was reporter's record requested?   ☒ Yes   ☐ No

Was the reporter's record electronically recorded?   ☐ Yes   ☐ No

If yes, date requested: Feb 24, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes   ☐ No   ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official          ☐ Substitute

First Name: Melaine

Middle Name:

Last Name: Harris

Suffix:

Address 1: 3414 Colonial Circle

Address 2:

City: Texarkana

State: Texas          Zip + 4: 75501

Telephone: 903-277-8696          ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [REDACTED]        Court: [REDACTED]

Style: [REDACTED]

   Vs.    State of Texas

## X. Signature

_Signature_

Signature of counsel (or Pro Se Party)          Date: February 24, 2015

                                                State Bar No: 00790919

Printed Name:

Electronic Signature: [REDACTED]        Name: Troy Hornsby
   (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  February 24, 2015  .

_Signature_

Signature of counsel (or pro se party)          Electronic Signature: [REDACTED]
                                                   (Optional)

                                                State Bar No.:  00790919

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

   (1) the date and manner of service;
   (2) the name and address of each person served, and
   (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: February 24, 2015

Manner Served: Regular Mail

First Name: Samantha

Middle Name:

Last Name: Oglesby

Suffix:

Law Firm Name: Bowie County District Attorney's Office

Address 1: 601 Main Street

Address 2:

City: Texarkana

State Texas        Zip+4: 75501

Telephone: 903-735-4800        ext.

Fax: 903-735-4819

Email: